| | |
|---|---|
| 1 | Chet A. Kronenberg (State Bar No. 222335) |
| 2 | ckronenberg@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP |
| 3 | 1999 Avenue of the Stars, 29th Floor<br>Los Angeles, California  90067 |
| 4 | Telephone:   (310) 407-7500<br>Facsimile:    (310) 407-7502 |
| 5 | Bryce L. Friedman (*pro hac vice*) |
| 6 | bfriedman@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP |
| 7 | 425 Lexington Avenue<br>New York, New York  10017 |
| 8 | Telephone: (212) 455-2000<br>Facsimile:  (212) 455-2502 |
| 9 | Joyce F. Noyes (*pro hac vice forthcoming*) |
| 10 | Christopher A. Wadley (*pro hac vice forthcoming*)<br>Matthew W. Casey (*pro hac vice forthcoming*) |
| 11 | Caitlin M. McAuliffe (*pro hac vice forthcoming*)<br>WALKER WILCOX MATOUSEK LLP |
| 12 | One North Franklin Street, Suite 3200<br>Chicago, Illinois  60606 |
| 13 | Telephone: (312) 244-6700<br>Facsimile:  (312) 244-6800 |
| 14 | *Attorneys for ACE American Insurance* |
| 15 | *Company, Federal Insurance Company,*<br>*Pacific Employers Insurance Company,* |
| 16 | *Pacific Indemnity Company, and*<br>*Westchester Fire Insurance Company* |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>  Plaintiff,<br><br>  v.<br><br>ACE AMERICAN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY,<br><br>  Defendants. | Case No.: 2:23-cv-01921-ODW(SKx)<br>*[Assigned to Hon. Otis D. Wright II,*<br>*Dept. 5D – 1st Street Courthouse]*<br><br>**DEFENDANTS' NOTICE OF RELATED CASES** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 83-1.3, Defendants Ace American Insurance Company, Federal Insurance Company, Pacific Employers Insurance Company, Pacific Indemnity Company and Westchester Fire Insurance Company (collectively, "Chubb") hereby provide notice of the following related cases filed in the Central District of California:

- *Arch Specialty Insurance Company v. University of Southern California*, Case No. 2:19-cv-06964-DDP (ASx) (filed Aug. 9, 2019).
- *Ironshore Specialty Insurance Company v. University of Southern California and George M. Tyndall*, Case No. 2:21-cv-01272-DDP (ASx) (filed Feb. 11, 2021).
- *Certain Underwriters at Lloyd's, London, Subscribing to Follow Form Excess Liability Policy No. PH1706285; and Certain Underwriters at Lloyd's, London, Subscribing to Follow Form Excess Liability Policy No. PH1706286 v. University of Southern California et al.*, Case No. 2:22-cv-03184-DDP (ASx) (filed May 10, 2022).
- *North American Capacity Insurance Corporation v. University of Southern California and George M. Tyndall.*, Case No. 2:23-cv-02975-DDP (ASx) (filed Apr. 20, 2023).

These cases concern whether Defendant University of Southern California ("USC") is entitled to coverage under its policies for healthcare professional liability insurance in connection with claims asserted against USC by hundreds of female student-patients alleging that a USC-employed gynecologist, Dr. George Tyndall, engaged in egregious sexual abuse and mistreated them during the course of and in connection with rendering gynecological and other medical services at USC's student health center.  This case concerns whether USC is entitled to coverage for the same claims under general liability and other policies that, among other things, exclude coverage for medical services claims.  Certain

coverage defenses in this case overlap with those made by the insurers in the other cases.

Dated: April 27, 2023

        SIMPSON THACHER & BARTLETT LLP

        By:  */s/Chet A. Kronenberg*
             Chet A. Kronenberg

             1999 Avenue of the Stars, 29th Floor
             Los Angeles, CA 90067
             Telephone: (310) 407-7500
             Facsimile: (310) 407-7502
             Email: ckronenberg@stblaw.com

             Bryce L. Friedman (*pro hac vice*)
             bfriedman@stblaw.com
             425 Lexington Avenue
             New York, New York 10017
             Telephone: (212) 455-2000
             Facsimile: (212) 455-2502

        WALKER WILCOX MATOUSEK LLP

             Joyce F. Noyes (*pro hac vice forthcoming*)
             jnoyes@walkerwilcox.com
             Christopher A. Wadley (*pro hac vice forthcoming*)
             cwadley@walkerwilcox.com
             Matthew W. Casey (*pro hac vice forthcoming*)
             mcasey@walkerwilcox.com
             Caitlin M. McAuliffe (*pro hac vice forthcoming*)
             cmcauliffe@walkerwilcox.com
             One North Franklin St., Suite 3200
             Chicago, Illinois 60606
             Telephone: (312) 244-6700
             Facsimile: (312) 244-6800

             *Attorneys for Defendant ACE American Insurance Company, Federal Insurance Company, Pacific Employers Insurance Company, Pacific Indemnity Company, and Westchester Fire Insurance Company*